IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MASON COMPANIES, INC.,

                Plaintiff,

v.

                                                  Case No.: 13-cv-693

DEHUA HAN, d/b/a HINESSY.COM
and ZHANJIE FEN d/b/a
SHOPEMCOCO.COM,

                Defendants.

---

### ENTRY OF DEFAULT

---

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendants in the above captioned matter, Dehua Han, d/b/a Hinessy.com, and Zhanjie Fen, d/b/a Shopemcoco.com, have failed to appear, plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact having been made to appear by the Declaration of the attorney for the Plaintiff;

The Clerk hereby enters the default of Defendants Dehua Han, d/b/a Hinessy.com, and Zhanjie Fen, d/b/a Shopemcoco.com, pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 27th day of August, 2014.

                                                  s/L. Kamke, Deputy Clerk
                                                  Peter Oppeneer, Clerk of Court