IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MASON COMPANIES, INC.,

                Plaintiff,                      DEFAULT  JUDGMENT

v.

                                              13-cv-693-jdp

ZHANJIE FEN, d/b/a SHOPEMCOCO.COM
and DEHUA HAN, d/b/a HINESSY.COM

                Defendants.

---

    The defendants, Dehua Han d/b/a Hinessy.com and Zhanjie Fen d/b/a Shopemcoco.com, having failed to appear, plead, or otherwise defend in this action, and default having been entered on August 27, 2014, and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion and affidavit in accordance with F.R.C.P. 55(a) and (b);

    Judgment is hereby entered in favor of plaintiff Mason Companies, Inc. (Mason) against defendants Dehua Han d/b/a Hinessy.com and Zhanjie Fen d/b/a Shopemcoco.com as follows:

A.     Defendants are hereby permanently enjoined from using the designations "SHOEMALL," "SHOE MALL," "Shoes Mall," "ARRAY," or any other mark confusingly similar to Mason's SHOEMALL or ARRAY trademarks in connection with any products or services offered for sale, sold, advertised, or promoted in the United States of States of America;

B.     Defendants are hereby permanently enjoined from using the designations "SHOEMALL," "SHOE MALL," "Shoes Mall," "ARRAY," or any other mark confusingly similar to Mason's SHOEMALL or ARRAY trademarks in any manner likely to cause confusion, mistake, or to deceive purchasers into believing

that defendants' products or services are connected with Mason or its products and services;

C. Defendants are ordered to, at their own expense, remove all instances—including visible instances or instances in code, metadata, or otherwise—of the designations "Shoes Mall," ARRAY, or any other term confusingly similar to Mason's SHOEMALL or ARRAY trademarks from their websites at hinessy.com and shopemcoco.com;

D. Defendants are ordered to, at their own expense, remove all instances of the designations "Shoes Mall," ARRAY, or any other mark confusingly similar to Mason's SHOEMALL or ARRAY trademarks from any email, invoice, or other communication created in, targeted to, received in, or otherwise used in the United States of America;

E. Defendants shall be in full compliance with this Order within ten (10) days of the entry of this Order; and

F. Mason is awarded its reasonable attorneys' fees, in the amount of $28,780.00, and the costs of this action, in the amount of $4,064.87, plus interest on the judgment at the legal rate until the judgment is satisfied.

Entered this 16th day of September, 2014.

BY THE COURT:

/s/
JAMES D. PETERSON
District Judge