IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MASON COMPANIES, INC.,

                Plaintiff,

v.

ZHANJIE FEN, d/b/a SHOPEMCOCO.COM
and DEHUA HAN, d/b/a HINESSY.COM

                Defendants.

ORDER

13-cv-693-jdp

---

The court, on plaintiff's motion, hereby holds defendants Fen and Han in contempt for violating the court's order of September 17, 2014, Dkt. 39. The court orders the following sanctions to effectuate defendants' compliance with the earlier order:

A. Defendants are hereby permanently enjoined from maintaining registration or ownership of the domain names hinessy.com and shopemcoco.com. Defendants are permanently enjoined from operating any website at those domain names.

B. The domain name registrar GoDaddy.com shall, within 10 business days of receipt of this order, cancel defendants' registration and hosting services related to the hinessy.com and shopemcoco.com domain names and the associated websites www.hinessy.com and www.shopemcoco.com. GoDaddy.com shall further unlock and transfer the domain names hinessy.com and shopemcoco.com to Mason at a registrar of Mason's choosing.

C. If Mason identifies any additional domain names or websites that infringe Mason's trademark rights owned or operated by the defendants, Mason may send notice of supplemental proceeding to them at the email addresses identified in ¶¶ 40-41 of

Plaintiff's Second Amendment Complaint.

Entered this 12th day of November, 2014.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge